UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MALCOLM HUNTER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE MARTINEZ, JR., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-06311-JAK (SHK)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 15, 2020, Plaintiff Steven Malcolm Hunter's ("Plaintiff") "'Emergency' Civil Complaint" ("Complaint" or "Compl.") was received. Electronic Case Filing Number ("ECF No.") 1, Compl. (capitalization normalized). The Complaint names several defendants, who are identified as follows:

> Felipe Martinez, Jr., el al., (Director of Federal Bureau of Prisons, Western Region Director of Bureau of Prisons, [illegible] of Programs at USP Victorville, [illegible] of custody at USP Victorville, Captain at USP Victorville, Unit Manager Perez at USP Victorville and Counselor Lopez at USP Victorville" (collectively "Defendants").

Id.

The Complaint alleges various violations of the civil rights of Plaintiff and other inmates. Id. Specifically, it alleges that Defendants:

> all have and continue to be deliberate[ly] indifferent to [his] safety and other inmates safety at USP Victorville and that all have and continue to discriminate against [him] and similarly situated inmates at USP Victorville (black inmates) [and] continue to use the COVID-19 pandemic as a reason to keep [Plaintiff] and other inmates on lockdown for 23 hours a day and sometimes 24 hours a day, without access to the [illegible], and the law library and refuse to provide [Plaintiff] and other inmates [with] administrative remedies in order to attempt to exhaust our administrative remedies. [Defendants] continue to [illegible] inmates to [illegible] cell, thus it's impossible to practice the CDC guidelines of 6 feet social distancing. [Defendants] have let no man out of his cell to clean the unit and wash the laundry etc. but release to let [Plaintiff] and other inmates to use the law library and has yet to test [Plaintiff] and mine had 1,000 other inmates for the COVID.

Id. at 1-2 (capitalization normalized).

On July 22, 2020, an order to show cause ("OSC") issued that required Plaintiff, on or before August 4, 2020, to file a statement as to why this action should not be dismissed. It directed Plaintiff to address both whether the Complaint failed to state a claim for which relief can be granted and whether Plaintiff had failed to comply with the Local Rules, including by failing to apply to proceed in forma pauperis or, alternatively, to pay the mandatory filing fee. ECF No. 4. The OSC also instructed Plaintiff either to file a First Amended Complaint, or voluntarily dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(a) ("Rule 41(a)"). Id. at 3.

On August 3, 2020, Plaintiff responded to the OSC ("Response") and requested a "blank 2241 [form] to proceed with the claim along with an in forma

2

pauperis [form] and that this action as currently file[d] be dismissed." ECF No. 5, Response.

Good cause appearing, the Court **GRANTS** Plaintiff's request and **DISMISSES** this action, **WITHOUT PREJUDICE**, under Rule 41(a). The Clerk of Court is **DIRECTED** to file a blank **CV-27** form with this Order so that Plaintiff may use it to should he choose to file a separate lawsuit under 28 U.S.C. § 2241. Pages six and seven of the CV-27 form contain an in forma pauperis application that Plaintiff may use by providing the required information if he chooses to proceed without paying the necessary filing fee.

IT IS SO ORDERED.

Dated: August 19, 2020

JOHN A. KRONSTADT
United States District Judge

_____
NAME

_____
PRISON IDENTIFICATION/BOOKING NO.

_____
ADDRESS OR PLACE OF CONFINEMENT

Note:   If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

_____
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

CV _____
To be supplied by the Clerk of the United States District Court

CR _____
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

# PETITION

1. Place of detention _____
2. Name and location of court that imposed sentence _____
_____

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. _____
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. _____
   b. _____
   c. _____

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?   ☐ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION**:   *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a.   (1) Name of court _____
       (2) Result _____
       (3) Date of result _____
       (4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

(a) _____

(b) _____

(c) _____

(d) _____

b. (1) Name of court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

(a) _____

(b) _____

(c) _____

(d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION**: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

    a. Ground one: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

    _____

    _____

    _____

    _____

    _____

    b. Ground two: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

    _____

    _____

    _____

    _____

    _____

c. Ground three: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

d. Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?   ☐ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

   a. (1) Name of Court _____
      (2) Nature of proceeding _____
      (3) Grounds raised _____

         _____

         _____

         _____

         _____

      (4) Result _____
      (5) Date of result _____
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

         _____

         _____

         _____

         _____

b. (1) Name of Court _____
   (2) Nature of proceeding _____
   (3) Grounds raised _____

   _____
   _____
   _____

   (4) Result _____
   (5) Date of result _____
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

   _____
   _____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

   _____
   _____
   _____
   _____
   _____

13. Are you presently represented by counsel?  ☐ Yes  ☐ No

   If so, provide name, address, and telephone number _____

   _____

   Case name and court _____

   _____

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?  ☐ Yes  ☐ No

   WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

   _____
   *Signature of Attorney (if any)*

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on _____           _____
                  *Date*                  *Signature of Petitioner*

_____
*Petitioner*

_____
*Respondent(s)*

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS***

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?     ☐ Yes   ☐ No
    b. Rent payments, interest or dividends?                ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments?      ☐ Yes   ☐ No
    d. Gifts or inheritances?                               ☐ Yes   ☐ No
    e. Any other sources?                                   ☐ Yes   ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____
    _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☐ Yes ☐ No

    If the answer is yes, state the total value of the items owned: _____
    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☐ No

    If the answer is yes, describe the property and state its approximate value: _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

    _____

    _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                 *Date*                                 *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____          _____
       *Date*                         *Authorized Officer of Institution*

                                  _____
                                          *Title of Officer*