JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MALCOLM HUNTER,<br>　　　　　Plaintiff,<br>　　v.<br>FELIPE MARTINEZ, JR., et al.,<br>　　　　　Defendants. | Case No. 2:20-cv-06311-JAK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: August 19, 2020

_____
JOHN A. KRONSTADT
United States District Judge